Placido F. & Yolanda G. Soliven
502 Douglas Street
Chula Vista, CA 91910
619-656-8392

FILED

11 APR -1 AM 11: 03

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Placido F. & Yolanda G. Soliven,<br>Plaintiff,<br>vs.<br>Wells Fargo Bank, N. A.<br>Defendant | Case # 11CV341-JLS(JMA)<br>Complaint Filed : 02/18/2011<br>Plaintiff's Notice<br>of Dismissal<br>Hon. **JANIS L. SAMMARTINO** |

The plaintiffs Placido F. and Yolanda G. Soliven, in Pro Se, hereby do move the Court to dismiss the action against Defendant Wells Fargo Bank, N. A. without prejudice. Plaintiffs files *its* notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiffs have entered into a Chapter 13 Federal Bankruptcy on 02/18/2011. Case No. 11-02606 – LA13 to Judge Louise DeCarl Adler. Bankruptcy Trustee is David L. Skelton. Plaintiffs will comply with the Bankruptcy Federal Rules of the Court.

Respectfully

_____          _____
Placido F. Soliven              Yolanda G. Soliven

| | |
|---|---|
| Dated: March 31, 2011 | S/Placido F. Soliven |
| | Placido F. Soliven, Plaintiff Pro Se |
| | S/ Yolanda G. Soliven |
| | Yolanda G. Soliven, Plaintiff Pro Se |

Dated: March 31, 2011

S/Erik Sean Bliss
Attorney For Defendant Wells
Fargo Home Bank N. A.

## PROOF OF SERVICE

## CERTIFICATE OF SERVICE
## CERTIFICATION

We, Placido & Yolanda Soliven, do swear and affirm that we have served a signed copy of the Plaintiffs Motion to Dismiss to any and all defendants by way of U.S.P.S. MAIL, and or via Facsimile (619) 234-3815. On the 31st day of March, 2011.

_____      _____
Placido F. Soliven            Yolanda G. Soliven
502 Douglas Street
Chula Vista, CA 91910
619-656-8392


I certify under PENALTY OF PERJURY under the laws of this State that the foregoing paragraph is true and correct.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is:
    4366 Conner Court, San Diego, California, 92117

On March 31, 2011, I served the foregoing document described as PLAINTIFFS MOTION TO DISMISS on all parties in this action by placing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid addressed as follows:

SERVED ON DEFFENDANT COUNSEL's ADDRESS:

Erik S. Bliss
Sheppard, Mullin, Ritcher & Hampton, LLP
501 West Broadway, 19th Floor
San Diego, California 92101-3815

    I, Rick Moran caused such envelopes to be deposited in the mail at San Diego, California and also sent via Facsimile (619) 234-3815.
    I am "readily familiar" with the practice of collection and processing of correspondence for mailing. Under that practice it is deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 31, 2011 at San Diego, CA.

*Rick Moran*
Rick Moran